IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MC MARTIN,<br>　　　Plaintiff,<br><br>v.<br><br>CENTERPOINT ENERGY HOUSTON<br>ELECTRIC LLC and PIKE<br>ENGINEERING, LLC,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO: 4:21-cv-03661<br>JURY DEMANDED |

**DEFENDANT PIKE ENGINEERING, LLC'S**
**CERTIFICATE OF INTERESTED PARTIES AND**
**RULE 7.1 DISCLOSURE STATEMENT**

TO THE HONORABLE GEORGE C. HANKS, JR.:

Defendant Pike Engineering, LLC, files this Certificate of Interested Parties and Rule 7.1 Disclosure Statement pursuant to the *Order for Conference and Disclosure of Interested Parties* (Document 2) and FED. R. CIV. P. 7.1 and would respectfully show the following:

The undersigned counsel of record hereby certifies and states to the best of her knowledge the following to be persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to her to be financially interested in the outcome of this litigation.

| No. | Name | Relationship |
|---|---|---|
| 1. | MC Martin | Plaintiff |
| 2. | Chukwudi Egbuonu, Law Office of Chukwudi Egbuonu | Counsel for Plaintiff |
| 3. | CenterPoint Energy Houston Electric LLC | Defendant |
| 5. | Pike Engineering, LLC | Defendant |

Pursuant to FED. R. CIV. P. 7.1, Defendant Pike Engineering, LLC, submits the following disclosure statement:

Pike Holdings, LLC, Pike Group, Inc., Pike Corporation, and Pike Enterprises, LLC are the parent corporations of Pike Engineering, LLC. No publicly held corporation owns ten percent (10%) or more of Pike Engineering, LLC.

DATED January 4, 2022.

                              Respectfully submitted,

                              **JACKSON WALKER LLP**

                              By: *s/ Jamila M. Brinson*
                              Jamila M. Brinson
                              Attorney-in-Charge
                              Texas Bar No. 24074867
                              S.D. Texas ID No. 1127492
                              1401 McKinney, Suite 1900
                              Houston, Texas 77010
                              (713) 752-4356
                              (713) 308-4112 (facsimile)
                              Email: jbrinson@jw.com

OF COUNSEL:

Michael A. Drab
Jackson Walker LLP
Texas State Bar No. 24115826
S.D. Tex. Bar No. 3665349
1401 McKinney St., Suite 1900
Houston, Texas 77010
(713) 752-4446
(713) 307-4112 (facsimile)
Email: mdrab@jw.com

ATTORNEYS FOR DEFENDANT
PIKE ENGINEERING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of *Defendant Pike Engineering, LLC's Certificate of Interested Persons and Rule 7.1 Disclosure Statement* will be accomplished in accordance with the Federal Rules of Civil Procedure via this Court's electronic ECF filing system on January 4, 2022, upon:

| | |
|---|---|
| Chukwudi Egbuonu, Esq.<br>Law Office of Chukwudi Egbuonu<br>4141 Southwest Freeway, Suite 390<br>Houston, Texas 77027<br>Email: chuck@celawoffice.com | Kelley Riddle Edwards, Esq.<br>Urvashi Morolia, Esq.<br>Little Mendelson PC<br>1301 McKinney, Suite 1900<br>Houston, Texas 77010<br>Email: kedwards@littler.com<br>Email: umorolia@littler.com |

    *s/ Jamila M. Brinson*
    Jamila M. Brinson